**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>MDD_SAGchambers@mdd.uscourts.gov |

July 16, 2024

LETTER ORDER

    Re:  <u>U.S.A. v. Ziyon Thompson</u>
           Criminal Case No. SAG-22-0206

Dear Counsel,

    This will confirm the results of the scheduling conference call. The following schedule is entered to govern the course of further proceedings in this case:

| Date | Event |
|---|---|
| October 15, 2024 | Defense motions due |
| November 5, 2024 | Government's responses |
| November 26, 2024 | Replies |
| December 13, 2024 at 10:00 a.m. | Motions Hearing |
| December 27, 2024 | Joint voir dire, a proposed verdict sheet, the government's jury instructions, and any motions in limine |
| January 24, 2025 at 9:00 a.m. | Pretrial Conference (Counsel only) |
| February 10, 2025 at 9:30 a.m. | Two-week Jury Trial |

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                     Sincerely yours,

                                     /s/

                                   Stephanie A. Gallagher
                                   United States District Judge