

Jonathan DeRight, PhD, ABPP-CN

# FORENSIC NEUROPSYCHOLOGICAL EVALUATION

## IDENTIFYING INFORMATION

| | |
|---|---|
| **Name:** | Ziyon Thompson |
| **Date of Birth:** | ▇▇▇▇▇▇ 2000 |
| **Date of Examination:** | April 04, 2025 |
| **Date of Report:** | May 09, 2025 |
| **Case No:** | 1:22-cr-206 |
| | *United States v. Ziyon Thompson* |

## SUMMARY OF EVALUATION

Mr. Ziyon Thompson is a 24-year-old young man who presents with longstanding neurodevelopmental challenges, including ADHD, learning disorders, and intellectual impairments, shaped by early lead exposure and significant childhood adversity (i.e., Adverse Childhood Experiences, or ACEs). His ADHD affects not only attention but also impulsivity, problem-solving, learning, and emotional regulation, with research showing his executive maturity likely lags behind his chronological age. He shows poor self-awareness, heightened susceptibility to stress, and a history of decision-making difficulties, all of which increase risk for substance use and legal problems if untreated. Neuropsychological testing reveals impairments in planning, flexibility, and problem-solving, while self-report measures highlight stress, disorganization, and avoidance in handling challenges. Importantly, research on brain development shows that young adults like Mr. Thompson are particularly prone to impulsive, emotionally driven decisions but also highly responsive to rehabilitation. Encouragingly, Mr. Thompson has demonstrated strong motivation for change during incarceration and completing numerous rehabilitation programs, signaling a positive outlook for treatment and reduced recidivism. He would benefit from medication for ADHD, substance use treatment, and individual psychotherapy.

 703-957-7300    1390 Chain Bridge Rd #85 McLean, VA 22101    1464 Ingleside Avenue McLean, VA 22101   844-238-6630

deright@braindiagnosis.com

## BASIS OF EVALUATION

- Johns Hopkins Hospital, medical records dated 02/14/2002 to 04/11/2022
- City of Baltimore Health Department, records dated 10/07/2002 to 01/08/2003
- Baltimore City Public Schools, school records dated 09/07/2004 to 08/15/2022
- CJIS Report dated 01/25/2006
- Discovery material for Case No: 1:22-cr-206 dated 05/26/2022 to 06/06/2022
- Joette James, PhD, ABPP-CN, neuropsychological evaluation dated 02/16/2023
- American Academy of Pinecrest, school records dated 10/04/2023
- Claire Benack, social history dated 10/10/2023
- Plea agreement for Case No: 1:22-cr-206 dated 10/30/2024
- Jennifer Woolard, Ph.D., brief dated October 2024
- Clinical interview and mental status exam on 04/04/2025
- Administration of the following neuropsychological tests on 04/04/2025: Dot Counting Test; Tower of London DX: 2nd Edition (TOL-DX); D-KEFS Word Context Test; Modified Wisconsin Card Sorting Test (M-WCST); NAB Mazes; ACS Word Choice Test; & Social Problem Solving Inventory, Revised.

At the beginning of my interview with Mr. Thompson, I explained the nature, purpose, and scope of the evaluation, including the relevant limits of confidentiality and privilege. I also explained the non-therapeutic nature of my role as a forensic evaluator. Mr. Thompson indicated that he understood these explanations and cooperated fully with the evaluation process.

## SUMMARY OF EXPERT QUALIFICATIONS

I am a licensed clinical psychologist in Virginia, Maryland, and Washington, DC, and I am credentialed with the Psychology Interjurisdictional Compact (PSYPACT) Authority to Practice Interjurisdictional Telepsychology (APIT) and Temporary Authorization to Practice (TAP) programs. I am also a diplomate (i.e., Board Certified) in the specialty of Clinical Neuropsychology from the American Board of Professional Psychology. I am a clinical professor of psychology at the George Washington University, where I supervise graduate students. I am an approved forensic examiner for competency to stand trial and mental sanity evaluations in the Commonwealth of Virginia, and I am also a member of the Forensic Evaluation Oversight Panel for the Commonwealth. Further, I am a qualified Baseline Assessment Program (BAP) provider for the NFL Concussion Settlement Program and an approved evaluator for the NCAA Concussion Medical Benefits Settlement Program.

I work as a clinical and forensic neuropsychologist in independent practice. In my role, I routinely evaluate patients with a broad array of mental health conditions (both cognitive and psychiatric in nature) to determine their diagnosis, recommendations for treatment, and, when applicable, the manifestation of their condition in various legal contexts. This includes fitness for duty evaluations for physicians, attorneys, and other professionals involving cognitive and psychiatric symptoms, independent medical evaluations for disability and workers' compensation, preemployment evaluations, and evaluations to maintain security clearance. I have been qualified as an expert in various state and federal courts in a retained and court-ordered capacity. I have delivered trainings in clinical and forensic neuropsychology to judges, attorneys, and mental health professionals.

## OVERVIEW OF ADOLESCENT BRAIN DEVELOPMENT

### *Adolescence Extends Beyond the Teenage Years*

There is no single accepted definition of adolescence, but it is widely understood to continue well into the third decade of life. It is a time of dynamic growth and development second only to infancy in terms of the rate of developmental changes that occur. It is well established that this "rewiring" process in the brain is not complete until approximately 25 years of age.[1] Although most people have become somewhat familiar with the concept that adolescents have incomplete brain development, this was not well understood by science until about 60 years ago when brain structures such as the prefrontal cortex were found in post-mortem studies to grow at different rates during development. The brain of a newborn baby has about the same number of neurons (to the magnitude of 100 billion) as an adult; thus, it is not an increase in neurons that explains development, but the connections between the neurons. The process of creating connections (synaptogenesis) and removing unnecessary ones (pruning) are some of the major tenets of how the brain develops over time. This process occurs steadily over a period of years until the age of about 25.[2]

### *Structural Changes Involved in Brain Development*

There are two types of matter in the brain: grey matter and white matter. Grey matter is like the towns and cities, and white matter is like the roads. When we are born, not all of the cities and roads are developed yet, and the ones that are developed are fairly basic. In early childhood, these cities and roads are growing and becoming more efficient at a rapid pace. This has been shown in researching using brain MRIs of developing humans. For example, structural changes within specific brain networks, such as the network of brain regions that are active during baseline, have been reported during adolescence across several studies employing different analytic approaches.[3] By the time we reach adolescence, most of the materials needed to build the towns and cities are there, but the roads are not yet fully developed until approximately 25 years old. Further, the roads that do exist are relatively slow and inefficient in important areas such as the frontal lobe, which is involved in decision-making.

---

[1] Arain, M., Haque, M., Johal, L., Mathur, P., Nel, W., Rais, A., ... & Sharma, S. (2013). Maturation of the adolescent brain. *Neuropsychiatric disease and treatment*, 449-461.
[2] Blakemore, S. J., & Choudhury, S. (2006). Development of the adolescent brain: implications for executive function and social cognition. *Journal of child psychology and psychiatry*, *47*(3-4), 296-312.
[3] Blakemore, S. J. (2012). Imaging brain development: the adolescent brain. *Neuroimage*, *61*(2), 397-406.

## SCHEMATIC REPRESENTATION OF THE DEVELOPING BRAIN





The brain is constantly changing through a process called plasticity. "Plasticity" refers to the changes in brain structure that occur when new skills are acquired and new information is learned. In its most basic form, plasticity is the brain's way of adapting and learning through experience to acquire independence. Research has highlighted potential evolutionary benefits of impulsivity and risk-taking in adolescents (i.e., they are primed to be that way) because these are thought to be helpful in promoting exploration, social status, and independence, which historically increased survival and reproductive opportunities.[4] During adolescence and early adulthood, the brain undergoes extensive neuroplasticity and synaptic pruning, strengthening frequently used neural connections while eliminating unused ones to improve cognitive efficiency. While the overall result of this process is positive, this period of construction makes an adolescent vulnerable to bad decisions. as their brain still has connections that favor impulsive decisions over those with better long-term outcomes.

Brain plasticity can be compared to a sponge; childhood and adolescents are like a wet sponge which, if put in the inside of a bowl, it would adjust itself to fit its container rather well. On the other hand, more fully developed adult brains are more like a dry sponge that will not change shape as easily, for better or for worse. In this way, the environment of an adolescent has a much more prominent impact on brain development than it would for a fully formed adult brain. The maturation of the adolescent brain is likely related to numerous factors including genetic and environmental factors. These two likely work in concert, rather than separately, such that environmental experience such as neurological insult, poor nutrition, stress, drug use, and hormonal changes can activate dormant genetic factors and thus alter the development of the brain.[5]

### *Chemical Changes Involved in Brain Development*

Chemical messengers in the brain called neurotransmitters are emitted from brain cells called neurons. As neurons develop, they become faster and more efficient. This happens through a process called myelination, which means that

---

[4] Steinberg, L. (2010). A dual systems model of adolescent risk-taking. *Developmental Psychobiology, 52*(3), 216–224. https://doi.org/10.1002/dev.20445

[5] Arain, M., Haque, M., Johal, L., Mathur, P., Nel, W., Rais, A., ... & Sharma, S. (2013). Maturation of the adolescent brain. *Neuropsychiatric disease and treatment*, 449-461.

there is an insulating layer called myelin that covers the brain cells. Essentially, the more myelinated the cell, the better it works. In the first few years of life when we're learning to walk and talk, these parts of the brain become fully myelinated. By the time we reach adolescence, essentially all of the building materials are there but they are not yet fully put together, and neurons that are not needed are selectively removed through pruning. More and more useful connections between the neurons are being made and the roads are getting faster, but they are still under construction until the mid-20s. In adolescence, neurotransmitters that have to do with reward and motivation increase, while the chemicals that have to do with thinking and putting the brakes on actions stay relatively low. This results in an adolescent's "reward" system as working full speed ahead while their manager is on break and cannot intervene until a decision is already made.



Puberty changes the brain tremendously. One important change is the addition of myelin, which is a covering of neurons that massively increases the speed of transmission from neuron to neuron to the magnitude of 100x. This myelination is the key to how the brain drastically changes in function but has a relatively modest change in size, as the new connections are what lead to development.[6] Research has highlighted biologically based changes in the neural systems of emotional and motivation that are implicated in the natural increase in tendencies toward risk taking, sensation seeking, and emotional/motivational changes during puberty. Hormonal changes related to puberty, which continue through the mid-20s, are associated with a greater inclination to seek experiences that create high intensity feelings, and, thus, it is not surprising that adolescents are more drawn to intensity, excitement, and arousal in situations that may send adults in the other direction.[7]

### *The Brain's Ability to Exercise Reason and Judgment is Acquired Over Time*

Reasoning ability is well known to substantially differ from childhood into adolescence and from adolescence into adulthood. There are myriad reasons for these differences, but some particularly prominent ones found in research include an adolescent's (a) susceptibility to peer influence, (b) attitude toward and perception of risk, (c) future

---

[6] Blakemore, S. J., & Choudhury, S. (2006). Development of the adolescent brain: implications for executive function and social cognition. *Journal of child psychology and psychiatry, 47*(3-4), 296-312.
[7] Dahl, R. E. (2004). Adolescent brain development: a period of vulnerabilities and opportunities. Keynote address. *Annals of the New York Academy of Sciences, 1021*(1), 1-22.

orientation, and (d) the capacity for self-management. Even when an adolescent has the requisite cognitive skills to shape the *process* of their decisions, the *outcomes* of such decisions can be undermined by psychosocial immaturity.[8] The neuroscience behind the developing adolescent brain has begun to catch up with common sense and experience. For example, there is strong neurobiological evidence that adolescents make less informed and riskier decisions than do individuals over the age of 25. These findings have been acknowledged in several Supreme Court cases and are well recognized as important contributions to understanding adolescent decision-making.[9] Decisions—including those leading to criminal activity—are a function of cognitive and psychosocial development in many ways, and adolescents are more likely to have otherwise sound decision-making processes undermined by factors related to a lack of development. For example, adolescents are known to be more vulnerable to the influence of coercive circumstances such as provocation, duress, or threat than are adults.[10] Adolescents often struggle with decision-making because their brain regions responsible for impulse control and foresight are still maturing, making them more prone to prioritize immediate rewards over long-term consequences.

### *The Adolescent Brain is More Susceptible to Peer Influence*

Peer pressure is widely known to affect human behavior, and adolescents are more likely to respond adversely to external pressures than are adults. Adolescents are known to be more susceptible to both hypothetical and real peer pressure. They are also known to be more impulsive at their baseline, meaning that it can take less of a threat to provoke an aggressive response from a juvenile. Further, the weaker ability to think through consequences of their actions makes adolescents more likely to make poor decisions when faced with a "must act now" situation.[11] Self-control is often analyzed as a situational concept rather than an individual trait such that it is composed of an interaction between one's executive functioning (a trait) and their environment. The environment can, thus, have a strong effect on self-control by momentarily altering the efficacy of cognitive abilities related to decision-making.[12] The prefrontal cortex, which is directly involved in decision-making, matures gradually throughout childhood and adolescence. This region is highly important due to its effect on many of the essential functions that make us human such as planning, impulse control, and decision-making. The limbic system, which also contributes to emotion regulation and threat response, is another highly developing region in adolescence, and this region is particularly affected by hormonal changes during puberty.[13]

### *Adolescents are More Primed for Sensation Seeking Behaviors*

Adolescents are more attracted to novelty and risk than adults, and the combination of increased sensation seeking and decreased emotional and behavioral controls has been described as "starting the engines without a skilled driver."

---

[8] Steinberg, L., & Scott, E. S. (2003). Less guilty by reason of adolescence: developmental immaturity, diminished responsibility, and the juvenile death penalty. *American psychologist*, 58(12), 1009.
[9] Steinberg, L. (2013). The influence of neuroscience on US Supreme Court decisions about adolescents' criminal culpability. *Nature Reviews Neuroscience*, 14(7), 513-518.
[10] Steinberg, L., & Scott, E. S. (2003). Less guilty by reason of adolescence: developmental immaturity, diminished responsibility, and the juvenile death penalty. *American psychologist*, 58(12), 1009.
[11] Steinberg, L., & Scott, E. S. (2003). Less guilty by reason of adolescence: developmental immaturity, diminished responsibility, and the juvenile death penalty. *American psychologist*, 58(12), 1009.
[12] Wikström, P. O. H., & Treiber, K. (2007). The role of self-control in crime causation: Beyond Gottfredson and Hirschi's general theory of crime. *European Journal of criminology*, 4(2), 237-264.
[13] Bonnie, R. J., & Scott, E. S. (2013). The teenage brain: Adolescent brain research and the law. *Current directions in psychological science*, 22(2), 158-161.

This understanding has also been shown in the relationship between adolescents and substance abuse; adolescent tendencies to experiment with drugs to get high are often seen as paradigmatic examples of sensation seeking and risk taking.[14] There is not just one brain region that is associated with inhibiting a response (i.e., stopping an impulse). For example, several regions of the frontal lobe including the anterior cingulate, orbitofrontal cortex and inferior and middle frontal gyri have been implicated in the inhibition of a normal response. Importantly, adults and adolescents have different brain activity when attempting to stop a natural response, and this difference in brain activation can partially explain why.[15]

Risk taking and impulsivity have many layers. For example, one example of impulsivity is acting without thinking. Younger age is associated with poorer monitoring of conflicting cues, and this is especially problematic in individuals with ADHD. This concept is also shown through increased difficulty with delayed gratification in the developing brain, which primes an adolescent to value immediate over delayed rewards. Adolescents are not only more attracted to sensation-heavy experiences, but they are also more easily influenced by peers in those situations. One important implication of the increased role of peer influence is that it magnifies the emotional attraction to novel and exciting behavior such as drug use or violence.[16]

### *Adolescents with ADHD Develop at an Even Slower Rate*

Even compared with their age-matched peers, adolescents with ADHD are well known to be more prone to risky and impulsive decisions that favor immediate gratification over long-term soundness.[17] This dynamic is beginning to be understood as a problem related to suboptimal decision making rather than a general tendency to be "riskier." Scientifically, a "risky" decision is one in that involves a high variance of potential positive or negative outcomes, while a suboptimal decision is one that has the lowest expected value. These can occur together; for example, reckless driving is risky and is a suboptimal decision due to the low likelihood of a positive outcome. Research has shown that the neurological processes inherent in these two decisions differ and that individuals with ADHD are more prone to make poorer, but not riskier, choices when the two were separated.[18] This difference has ecological importance because it shows that individuals with ADHD, with proper treatment and guidance, can learn to mitigate this behavior and are not necessarily at higher risk of impulsive and dangerous actions.

---

[14] Bonnie, R. J., & Scott, E. S. (2013). The teenage brain: Adolescent brain research and the law. *Current directions in psychological science, 22*(2), 158-161.
[15] Blakemore, S. J., & Choudhury, S. (2006). Development of the adolescent brain: implications for executive function and social cognition. *Journal of child psychology and psychiatry, 47*(3-4), 296-312.
[16] Romer, D. (2010). Adolescent risk taking, impulsivity, and brain development: Implications for prevention. *Developmental Psychobiology: The Journal of the International Society for Developmental Psychobiology, 52*(3), 263-276.
[17] Dekkers, T. J., de Water, E., & Scheres, A. (2022). Impulsive and risky decision-making in adolescents with attention-deficit/hyperactivity disorder (ADHD): The need for a developmental perspective. *Current opinion in psychology, 44*, 330-336.
[18] Dekkers, T. J., Agelink van Rentergem, J. A., Huizenga, H. M., Raber, H., Shoham, R., Popma, A., & Pollak, Y. (2021). Decision-making deficits in ADHD are not related to risk seeking but to suboptimal decision-making: Meta-analytical and novel experimental evidence. *Journal of attention disorders, 25*(4), 486-501.



## BACKGROUND

**SUMMARY OF OFFENSE OF CONVICTION AND STIPULATED FACTS:**

Mr. Thompson pleaded guilty to Count Three of the Indictment: aiding and abetting the use of a firearm resulting in death during and in relation to a drug trafficking crime. According to the plea agreement, this carries a maximum of life, although the parties have agreed to a 20- to 25-year sentence.

According to the plea agreement, the following facts were stipulated:
In April 2022, Mr. Thompson agreed to sell marijuana in Maryland for associates in California and later received a drug shipment on consignment. In May 2022, after holding one associate, Miguel Soto-Diaz, for ransom, Mr. Thompson was implicated in Soto-Diaz's death by gunfire, which occurred before a fire was set at the scene; evidence included phone records, ransom messages, location data, and social media linking Mr. Thompson to the drug operation and extortion plot.

**DEVELOPMENTAL HISTORY:**

According to records from Johns Hopkins Hospital, Mr. Thompson's developmental milestones were slightly delayed in speech and motor areas. A venous blood lead level of 11 μg/dL was recorded in October 2002, reflecting significant environmental exposure associated with increased risk for neurodevelopmental problems, including attention-deficit/hyperactivity disorder (ADHD), learning difficulties, and behavior regulation problems.[19] Mr. Thompson was diagnosed with ADHD when he was 7 years old.

**FAMILY AND SOCIAL BACKGROUND:**

According to the social history prepared by investigator Claire Benack, Mr. Thompson grew up in Baltimore as the youngest of several siblings. His childhood was marked by adversity, including his father's incarceration (CJIS records note an arrest for second-degree assault after an incident of domestic violence), parental conflict, domestic violence, and maternal mental health difficulties. He was largely cared for by older siblings and experienced elevated

---

[19] Centers for Disease Control and Prevention. (2021). Blood lead reference value. National Center for Environmental Health. Retrieved from https://www.cdc.gov/lead-prevention/php/data/blood-lead-surveillance.html?CDC_AAref_Val=https://www.cdc.gov/nceh/lead/data/blood-lead-reference-value.htm

childhood lead exposure. Despite these adversities, Mr. Thompson developed strong family bonds, prosocial work experiences, and now exhibits an enduring desire for connection and change.

Ziyon has experienced numerous Adverse Childhood Experiences (ACEs), which refer to potentially traumatic events in childhood—such as abuse, neglect, or household dysfunction—that can disrupt healthy development and increase the risk of emotional, behavioral, and health problems later in life. Ziyon has taken a course about ACEs, and he was motivated to ask his attorneys to send me something that he learned about them.

**ACADEMIC AND OCCUPATIONAL HISTORY:**

According to school records, Mr. Thompson struggled academically from an early age, repeating first grade at James Mosher Elementary due to behavioral problems and frequent suspensions. Eighth-grade standardized test scores in reading, writing, and math were low. He later attended a vocational high school and scored 730 on the SAT (350 reading, 380 math), which is lower than 99% of test takers.[20]

In January 2012, while enrolled in Edgewood Elementary's PRIDE program, Mr. Thompson underwent cognitive testing (WISC-IV) that yielded a Full Scale IQ of 88 (Low Average), with index scores of Verbal Comprehension 93 (Average), Perceptual Reasoning 77 (Borderline), Working Memory 83 (Low Average), and Processing Speed 115 (High Average). Academic testing (Woodcock-Johnson IV) later showed a 4.8-grade equivalent in reading (5-year gap), 8.1-grade equivalent in math (1-year gap), and 4.2-grade equivalent in writing (5-year gap), with stronger math skills and persistent difficulties in reading and writing. His most recent formal testing (KTEA-II, March 2018) showed a combined reading level at the late 3rd-grade level. Despite these deficits, Mr. Thompson showed better comprehension when material was presented in small segments.

Educational supports included special education under "Other Health Impairment," graphic organizers, extended time, individualized instruction, and tutoring. Mr. Thompson was 20 years old in the 12th grade, reading at a 3rd-grade level, with math and writing at 7th- and 5th-grade levels, respectively. He was completed his high school diploma at the American Academy of Pinecrest while incarcerated in 2022.

Mr. Thompson reported previous employment at CVS, McDonald's, a hospital, Safeway, and Chipotle.

**PSYCHIATRIC AND BEHAVIORAL ASSESSMENTS:**

According to records from Johns Hopkins Hospital, Mr. Thompson was referred for a psychiatric evaluation at age 7 for persistent school behavioral problems. He was diagnosed with disruptive behavior disorder, parent-child relationship problem, and rule-out ADHD and learning disorders. Recommendations included behavioral therapy, parent management training, and neuropsychological testing.

Mr. Thompson did not receive a neuropsychological evaluation until 2023, when board certified neuropsychologist Joette James evaluated him in the context of the instant offense. According to Dr. James' evaluation, Mr. Thompson met criteria for Unspecified Neurodevelopmental Disorder (315.9), Specific Learning Disorders in reading and math, and ADHD, Combined Presentation (314.01). His WAIS-IV Full Scale IQ was 67 (1st percentile, Extremely Low), with Borderline to Extremely Low scores across verbal comprehension, perceptual reasoning, working memory, and

---

[20] College Board. (2018). *SAT Suite of Assessments annual report: Total group.* The College Board.

processing speed. Test results from this exam also showed borderline to exceptionally low verbal reasoning and word retrieval skills, with relatively stronger visual puzzle-solving and line orientation abilities but marked deficits in pattern recognition and block construction. Memory testing revealed severe difficulties in learning and recalling verbal information, with somewhat better performance on meaningful narratives. Attention and executive functioning were significantly compromised, with variability across tasks requiring processing speed, sequencing, and problem-solving. Academically, Mr. Thompson demonstrated pronounced deficits in reading (mid-3rd grade) and math (early-4th grade), consistent with specific learning disorders.

Dr. James' report also highlighted the impact of Mr. Thompson's childhood lead exposure, noting its well-established links to reduced IQ, executive dysfunction, attention problems, and increased risk for conduct difficulties. Additionally, Dr. James' report emphasized the importance of considering Mr. Thompson's functioning within the context of adolescent brain development, including his heightened vulnerability to impulsivity, peer influence, and difficulty regulating emotions under stress. Overall, Dr. James opined that Mr. Thompson's cognitive and neurodevelopmental challenges significantly limit his adaptive functioning—making him reliant on external supports—and accommodations to navigate daily life and mitigate risk.

**CURRENT FUNCTIONING AND REHABILITATION MOTIVATION:**

When I interviewed him, Mr. Thompson reported working in the jail kitchen with good behavior and strong motivation to change his life. He described recognizing past mistakes, especially while under the influence of substances, and identified family as a key source of support. He expressed openness to psychiatric care and acknowledged his past ADHD diagnosis, and his parents decided to discontinue medication for ADHD when he was child. He disclosed prior substance use, including marijuana, Lean (codeine syrup), Percocet, and Oxycodone. He reported having completed 150 rehabilitation programs on his tablet since being incarcerated.

## FINDINGS

**MENTAL STATUS & BEHAVIORAL OBSERVATIONS:**

I evaluated Mr. Thompson via a contact visit at the Chesapeake Detention Facility. He was dressed in standard issued attire. He had to leave work to complete the evaluation, and he was mindful of letting his job know how long he would be gone. He was consistently engaged in the evaluation. His gait and movements appeared unremarkable. His speech was normal in rate, rhythm, and volume and no word finding difficulties were apparent. His receptive language appeared to be intact. His thought process was generally linear and on-topic. He denied experiencing hallucinations and there were no signs of delusions. He denied having suicidal thoughts. He reported his mood to be "tired" and his affect was appropriate with content and context.

**PERFORMANCE AND SYMPTOM VALIDITY:**

*Methods.*

If results of questionnaires and cognitive tests are to be used to make important decisions and conclusions, it is important to ensure the accuracy of the test results, such that lack of engagement, symptom denial, or purposeful

incorrect or symptomatic responses (i.e., malingering) can be ruled out. This is primarily performed by administering assessments designed to measure performance and symptom validity, examining score profiles within tests designed to measure other abilities, and monitoring unusual test behaviors or performances that are drastically inconsistent with known neurological conditions. To assess performance and symptom validity, I selected stand-alone measures, embedded measures, and cut off scores a priori and used scores that were appropriate for the examinee's population. I chose widely accepted measures with strong sensitivity and specificity rates and considered other conditions that could create inaccurate validity testing results.

*Results.*

Mr. Thompson passed numerous measures of performance validity on this exam, and there was no indication of lack of effort or purposeful poor performance. Thus, the following test scores can be considered to be a valid reflection of his current abilities.

**NEUROPSYCHOLOGICAL TESTING:**

*Methods.*

Mr. Thompson was administered numerous measures of cognitive and emotional functioning that were appropriate for the referral question and his background. It is not uncommon for neuropsychological test selection to vary depending on the needs of the individual completing the test and the referral source. While many of the same measures are often selected for evaluation of a particular disease, disorder, or condition, it is through clinical judgment that certain measures are and are not selected, and this methodology is a common and standard practice in the field of neuropsychology.

*Cognitive Test Results[21]*

Testing of Mr. Thompson's thinking and problem-solving abilities showed a mixed pattern. On the Tower of London task, which looks at planning and problem-solving, Mr. Thompson's accuracy was below average, and he was somewhat inefficient, though their overall speed was typical. Notably, he had a lot of trouble following the task rules, which suggests difficulty with self-monitoring or impulse control. On the D-KEFS Word Context Test, which examines verbal reasoning and the ability to come up with and adjust guesses, Mr. Thompson had significant difficulty, showing a lot of repeated mistakes and very few correct guesses, indicating struggles with flexibility and adjusting to feedback. On the Wisconsin Card Sorting Test, which looks at the ability to shift thinking when rules change, Mr. Thompson performed in the average range, showing he could adjust strategies when needed. However, on the NAB Mazes task, which assesses visual planning and problem-solving, Mr. Thompson's performance was quite low, suggesting challenges with organizing and planning visual tasks.

*Self-Report Questionnaires*

The Social Problem-Solving Inventory (SPSI-R) looks at how people handle everyday challenges, including how they understand problems, make decisions, and evaluate their solutions. Mr. Thompson's results suggest he often

---

[21] A complete table of test results is provided at the end of this report. Results are summarized here.

views problems as threatening, doubts his ability to manage them, and experiences high levels of stress and frustration. He may struggle to clearly define problems, understand their causes, and consider the consequences of his decisions, which can lead to repeated mistakes. These patterns are consistent with his executive functioning test results, which showed difficulties with planning, problem-solving, and following rules, along with impulsive responding and limited flexibility when adjusting to feedback. Mr. Thompson tends to approach problems with little structure, may act impulsively or disorganized, and sometimes avoids or procrastinates on tasks, relying on others to resolve issues. Together, these findings suggest that Mr. Thompson's difficulties with executive functioning and problem-solving may contribute to inefficient and sometimes ineffective handling of everyday challenges.

## FORMULATION

Mr. Thompson is a 24-year-old young man with longstanding ADHD who pleaded guilty to aiding and abetting the use of a firearm resulting in death during and in relation to a drug trafficking crime. Mr. Thompson presents with a longstanding history of neurodevelopmental challenges, including ADHD, learning disorders, and intellectual impairments, which have been compounded by early lead exposure and significant childhood adversity.

ADHD is much more than difficulty paying attention; it is primarily a disorder of dysregulation, and it can affect numerous areas including attention, impulsivity, learning, problem solving, and even balance. For example, postural instability and poor balance are common in ADHD,[22,23] and this has been implicated in dysfunction of the cerebellum.[24,25] Russell Barkley, PhD—a prominent expert in ADHD—highlights the role of delayed brain development in executive dysfunction in those with ADHD. The "30% Rule," as he terms it, refers to the application of scientific studies showing delayed maturation of the brain in individuals with ADHD, which results in an "executive age" that is below one's chronological age.[26] For example, the "executive age" of a 19-year-old with ADHD is essentially equivalent to the decision-making abilities of a neurotypical 13-year-old. Adding to these challenges, low self-awareness is common in ADHD,[27] which further compromises one's ability to monitor and adjust behavior.

Without effective treatment, individuals with ADHD are more likely to make risky decisions and succumb to drug or alcohol abuse even when no "addiction" is present. "Risky" decisions is somewhat of a misnomer, however. People with ADHD often make decisions that seem riskier because they have more trouble weighing the pros and cons of a situation and may act on impulse without fully thinking through the possible outcomes. While risky decisions involve taking chances that could lead to big wins or big losses, people with ADHD are more likely to make suboptimal decisions—choices that have a low chance of turning out well—because they struggle with planning, evaluating

---

[22] Sarafpour, M., Shirazi, S. Y., Shirazi, E., Ghazaei, F., & Parnianpour, Z. (2018, July). Postural balance performance of children with ADHD, with and without medication: a quantitative approach. In *2018 40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC)* (pp. 2100-2103). IEEE.
[23] Jansen, I., Philipsen, A., Dalin, D., Wiesmeier, I. K., & Maurer, C. (2019). Postural instability in adult ADHD–A pilot study. *Gait & Posture*, *67*, 284-289.
[24] Amini, B., Hosseini, S. A., & Akbarfahimi, N. (2018). Balance performance disorders and sway of the center of gravity in children with ADHD. *Journal of Modern Rehabilitation*, *12*(1), 3-12.
[25] Raberger, T., & Wimmer, H. (2003). On the automaticity/cerebellar deficit hypothesis of dyslexia: Balancing and continuous rapid naming in dyslexic and ADHD children. *Neuropsychologia*, *41*(11), 1493-1497.
[26] Barkley, R.A. (2020). *12 Principles for Raising a Child with ADHD*. Guilford: New York.
[27] Manor, I., Vurembrandt, N., Rozen, S., Gevah, D., Weizman, A., & Zalsman, G. (2012). Low self-awareness of ADHD in adults using a self-report screening questionnaire. *European Psychiatry*, *27*(5), 314-320.

consequences, and holding back urges. For example, they might speed through traffic not just because it's risky, but because they have difficulty pausing to consider how unlikely it is that this choice will actually save them meaningful time without negative consequences. This type of symptom is responsive to treatment and will likely improve with age. Fortunately, proper treatment for ADHD (e.g., with appropriate medication and/or therapy) has been widely shown to reduce the incidence of drug and alcohol abuse.[28,29,30,31] For this reason, Mr. Thompson has a strong prognosis for improvement in the poor decision-making abilities and processing deficits that were likely implicated in his present legal situation, and effective treatment for ADHD is likely to mitigate those concerns.

Mr. Thompson's executive functioning profile is consistent with this background. He demonstrated below-average planning and problem-solving on the Tower of London task, significant difficulty with verbal reasoning and flexibility on the D-KEFS Word Context Test, average ability to shift thinking on the Wisconsin Card Sorting Test, and markedly poor performance on visual planning tasks such as the NAB Mazes. Specifically, his performance on the Word Context Test indicates that he has a very difficult time integrating more than one concept at a time, such that he is likely to act on the most recent information he heard. He also had a slow and inconsistent ability to question that decision when presented new information. Self-report measures further highlight Mr. Thompson's tendency to view problems as threatening, experience high stress, struggle to define problems, make decisions without fully considering consequences, and rely on others to resolve challenges.

Importantly, Mr. Thompson's functioning should also be understood within the context of adolescent brain development. Brain maturation continues into the mid-20s, particularly in the prefrontal cortex, which supports impulse control, planning, and decision-making. During this period, emotional and reward systems mature earlier than cognitive control systems, creating a "maturity gap" that increases susceptibility to peer influence, emotional reactivity, and risk-taking. Under stress or temptation, young adults like Mr. Thompson are more prone to impulsive or poorly regulated decisions. While neuroscience cannot determine individual legal responsibility, this body of research has been influential in informing policies and court decisions recognizing the reduced culpability and greater rehabilitation potential of young adults.

Taken together, Mr. Thompson's neurodevelopmental, cognitive, and emotional profile paints a picture of an individual whose decision-making deficits, low self-awareness, and susceptibility to impulsivity have been shaped by biological, environmental, and developmental factors. Mr. Thompson has shown notable motivation for change during his incarceration, and completed a substantial number of rehabilitation programs, all of which reflect his commitment to personal growth and readiness to pursue treatment. With appropriate interventions, Mr. Thompson has the potential for meaningful improvement in his functioning and a reduced likelihood of reoffending. Mr. Thompson is likely to benefit from a combination of substance use treatment (commonly available in prison and the community), individual psychotherapy to address the impact of adverse childhood experiences (ACEs), and ADHD

---

[28] Hammerness, P., Petty, C., Faraone, S. V., & Biederman, J. (2017). Do stimulants reduce the risk for alcohol and substance use in youth with ADHD? A secondary analysis of a prospective, 24-month open-label study of osmotic-release methylphenidate. *Journal of attention disorders*, *21*(1), 71-77.

[29] Antshel, K. M., Hargrave, T. M., Simonescu, M., Kaul, P., Hendricks, K., & Faraone, S. V. (2011). Advances in understanding and treating ADHD. *BMC medicine*, *9*, 1-12.

[30] Boland, H., DiSalvo, M., Fried, R., Woodworth, K. Y., Wilens, T., Faraone, S. V., & Biederman, J. (2020). A literature review and meta-analysis on the effects of ADHD medications on functional outcomes. *Journal of Psychiatric Research*, *123*, 21-30.

[31] Knouse, L. E., & Fleming, A. P. (2016). Applying cognitive-behavioral therapy for ADHD to emerging adults. *Cognitive and Behavioral Practice*, *23*(3), 300-315.

medication upon release can provide crucial support for improving impulse control, emotional regulation, and long-term decision-making.

The conclusions, opinions, and recommendations contained in this report are based on information that was available at the time of this report's preparation. Should additional information be forthcoming from any source, these conclusions, opinions, and recommendations are subject to review and revision.

_____
Jonathan DeRight, PhD, ABPP
Board Certified Clinical Neuropsychologist
Licensed Clinical Psychologist

Attachment: Tabulated results

**TABLE OF TEST RESULTS**[32]:

\*\*\* The numeric data presented below is intended only for use by qualified professionals and should not be interpreted without consideration of all the information that is contained in the rest of the neuropsychological report. \*\*\*

*Test Results from the Present Evaluation:*

| Adj | Test Name | Raw | Standard Score | Percentile | Val |
|---|---|---|---|---|---|
| -- | Dot Counting Test | | | | |
| | e-score | 10 | -- | -- | P |
| A | Tower of London DX | | | | |
| | Total Correct | 1 | 80 | 9 | |
| | Total Moves | 47 | 82 | 12 | |
| | Total Initiation | 16 | 88 | 21 | |
| | Total Execution | 231 | 90 | 25 | |
| | Total Time | 247 | 98 | 45 | |
| | Rule Violations | 2 | 59 | <1 | |
| A | D-KEFS Word Context Test | | | | |
| | Total Consecutively Correct | 5 | 55 | <1 | |
| | Repeated Incorrect Responses | 16 | 55 | <1 | |
| ASE | M-WCST | | | | |
| | Categories Completed | 6 | 91 | 27 | |
| | Perseverative Errors | 2 | 93 | 31 | |
| | Total Errors | 8 | 91 | 27 | |
| ASE | NAB Mazes | | | | |
| | Total Score | 11 | 75 | 4 | |
| -- | ACS Word Choice | | | | |
| | Total Score | 50 | -- | -- | P |
| -- | SPSI-R | | | | |
| | PPO | 13 | 104 | 61 | |
| | NPO | 27 | 119 | 90 | |
| | PDF | 2 | 64 | <1 | |
| | GAS | 9 | 93 | 32 | |
| | DM | 3 | 69 | 2 | |
| | SIV | 4 | 75 | 5 | |
| | RPS | 18 | 72 | 3 | |
| | ICS | 32 | 139 | >99 | |
| | AS | 16 | 114 | 82 | |

---

[32] "Val" refers to measures of performance validity, with P signifying a "pass" and F signifying a "fail." A single pass or fail does not constitute a decision on the validity of the overall assessment; please refer to the test validity section for more details. For adjusted scores, A = age, S = sex, R = race, E = education, and P = estimated premorbid IQ. Validity measures and score adjustments were selected a priori.

|  | SPSI-R:L | 7.3 | 75 | 5 |  |
|---|---|---|---|---|---|

Test Results from the evaluation of Joette James, PhD, ABPP-CN on 02/16/2023:

| Adj | Test Name | Standard Score | Percentile |
|---|---|---|---|
| A | RBANS | | |
|  | Immediate Memory | 65 | <1 |
|  | Visuospatial/Constructional | 65 | <1 |
|  | Language | 44 | <1 |
|  | Attention | 53 | <1 |
|  | Delayed Memory | 52 | <1 |
|  | Total | 49 | <1 |
|  | List Learning | 60 | <1 |
|  | Story Memory | 80 | 9 |
|  | Figure Copy | 90 | 25 |
|  | Line Orientation | -- | <2 |
|  | Picture Naming | -- | <2 |
|  | Semantic Fluency | 60 | <1 |
|  | Digit Span | 75 | 5 |
|  | Coding | 55 | <1 |
|  | List Recall | -- | <2 |
|  | List Recognition | -- | <2 |
|  | Story Recall | 80 | 9 |
|  | Figure Recall | 65 | <1 |
| A | WAIS-IV | | |
|  | Verbal Comprehension | 70 | 2 |
|  | Perceptual Reasoning | 75 | 5 |
|  | Working Memory | 77 | 6 |
|  | Processing Speed | 68 | 2 |
|  | Full Scale IQ | 67 | 1 |
| A | WRAT-5 | | |
|  | Word Reading | 71 | 3 |
|  | Math Computation | 80 | 9 |
| A | Arithmetic (WAIS-IV) | | |
|  | Total Score | 95 | 37 |
| A | Digit Span (WAIS-IV) | | |
|  | Total Score | 65 | <1 |
|  | RDS | -- | -- |
| A | Symbol Search (WAIS-IV) | | |
|  | Total Score | 60 | <1 |
| A | Coding (WAIS-IV) | | |

|   |   |   |   |
|---|---|---|---|
|   | Total Score | 80 | 9 |
| A | D-KEFS Trail Making Test |   |   |
|   | Visual Scanning | 95 | 37 |
|   | Number Sequencing | 95 | 37 |
|   | Letter Sequencing | 60 | <1 |
|   | Number-Letter Switching | 55 | <1 |
|   | Motor Speed | 105 | 63 |
| A | Similarities (WAIS-IV) |   |   |
|   | Total Score | 70 | 2 |
| A | Vocabulary (WAIS-IV) |   |   |
|   | Total Score | 75 | 5 |
| A | Information (WAIS-IV) |   |   |
|   | Total Score | 75 | 5 |
| A | Block Design (WAIS-IV) |   |   |
|   | Total Score | 80 | 9 |
| A | Matrix Reasoning (WAIS-IV) |   |   |
|   | Total Score | 65 | <1 |
| A | Visual Puzzles (WAIS-IV) |   |   |
|   | Total Score | 90 | 25 |

**Precision Neuropsychology, PLLC**
*Virginia      Maryland      Washington, DC      Nationwide*